# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| KIM FLETCHER and ARMANDO FLETCHER, | CASE NO.: 2:16-CV-00108-LAM-GBW |
| Plaintiffs, | |
| v. | |
| WELLS FARGO BANK; and UNION SECURITY LIFE INSURANCE CO., | |
| Defendants. | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiffs Kim Fletcher and Armando Fletcher and Defendants Wells Fargo Bank, N.A. ("Wells Fargo") and Union Security Life Insurance Co. ("Union Security") stipulate and agree that this case be dismissed with prejudice, each party to bear their own costs and attorneys' fees.

Dated this 26th day of July, 2016.

Respectfully Submitted,

SNELL & WILMER L.L.P.


By:     /s/Allison L. Gambill
        Allison L. Gambill
        1200 17th Street, Suite 1900
        Denver, Colorado 80202
        Telephone:  303.634.2000
        Facsimile:  303.634.2020
        agambill@swlaw.com
        *Attorney for Defendant Wells Fargo Bank, N.A.*

LAW OFFICES OF DAVID M. HOULISTON

By:    *s/David M. Houliston*
        David M. Houliston
        500 Tijeras, NW
        Albuquerque, NM 87102
        Telephone: 505.247.1223
        david@houlistonlaw.com
        *Attorney for Plaintiffs*

MADISON & MROZ, P.A.

By:    *s/Michael J. Dekleva*
        Michael J. Dekleva
        Melissa A. Brown
        P.O.Box 25467
        Albuquerque, NM 87125-5467
        Telephone: 505.242.2177
        mjd@madisonlaw.com
        *Attorneys for Defendant Union Security Life*
        *Insurance Company*

## **CERTIFICATE OF SERVICE**

      I certify that on July 26, 2016, I filed the foregoing document electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

David M. Houliston, Esq.
Law Offices of David M. Houliston
500 Tijeras, NW
Albuquerque, NM 87102
*Attorney for Plaintiffs*

Michael J. Dekleva, Esq.
Melissa A. Brown, Esq.
Madison & Mroz, P.A.
P.O. Box 25467
Albuquerque, NM 87125-5467
*Attorneys for Defendant Union Security*
*Life Insurance Company*


*/s/Allison L. Gambill*